# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 5:22-CR-1-MTT |
| | ) | |
| PAUL COLLINS, | ) | |
| Defendant. | ) | |

## CONSENT ORDER

Defendant Paul Collins has filed an Unopposed Motion to Renew Consideration of Release Pending Trial. (Doc. 293). Defendant's motion is hereby **GRANTED** pursuant to the following conditions of release: $10,000.00 unsecured bond, no travel outside the jurisdiction, maintain work if applicable, do not possess firearms or other weapons, submit to drug screening if required by the supervising officer and participate in substance abuse treatment at discretion of probation, do not violate any laws, and report as directed to probation. The Court will enter an order setting conditions of release and appearance bond. Defendant may be released upon the signing of the order and bond.

**SO ORDERED**, this 20th day of May, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge